**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 11-96 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Jeffrey Allen Stoltz, | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: March 24, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge