# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

United States of America,

                        Plaintiff,

                                        Crim. No. 11-96 (RHK/LIB)
                                        **ORDER**

v.

Jeffrey Allen Stoltz,

                        Defendant.

_____

        This matter is before the Court *sua sponte*.  The Court previously issued an Order

granting the Government's Motion to Vacate Magistrate Judge Brisbois's Order of

Release of the Defendant, and directing that he be detained pending trial.  (See Doc. No.

33.)  As part of that Order, the Court inadvertently directed the Clerk of the Court to enter

judgment, and the Clerk did so on April 11, 2011.  (Doc. No. 34.)  Based on the

foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the

Clerk's Judgment (Doc. No. 34) is **VACATED**.  To be clear, the terms of the Court's

Order detaining Defendant pending trial and reversing Judge Brisbois's Order of Release

remain in full force and effect; only the erroneously entered Judgment is vacated.


Dated: April 13, 2011                   s/Richard H. Kyle_____
                                        RICHARD H. KYLE
                                        United States District Judge