**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                                            Criminal No. 11-96 (RHK/LIB)

        Plaintiff,                                            **ORDER**

vs.

Jeffrey Allen Stoltz,

        Defendant.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, Defendant's Objections thereto, and all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 49) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 48) is **ADOPTED**;

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 25) is **DENIED**;

4. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 26) is **DENIED**; and

5. Defendant's Motion to Suppress Eyewitness Identifications (Doc. No. 27) is **DENIED**.

Dated: June 27, 2011                                            s/Richard H. Kyle
                                                                                                RICHARD H. KYLE
                                                                                                United States District Judge